UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.:   11-CV-01030

**KRISTEN STARCK**

      **Plaintiff,**

v.

**OMNI CREDIT SERVICES OF FLORIDA, INC., a Florida Corporation**

      **Defendant,**

---

**NOTICE OF SETTLEMENT**

---

COMES NOW the Plaintiff by and through his attorney of record and hereby states:

1. The Plaintiff and Defendant have reached a settlement in this matter.

2. A settlement agreement is being prepared by the parties and their respective counsel.

3. Upon execution of the settlement agreement, the parties intend to file a Notice of Dismissal with Prejudice.

4. The parties expect to file the Notice of Dismissal within thirty days.

      Respectfully submitted,

      s/Troy D. Krenning
      **Troy D. Krenning, Esq.**
      Gookin, Krenning & Associates, LLC
      501 N. Cleveland Avenue
      Loveland, Colorado 80537
      (970) 292-8290
      Email: troydklaw@msn.com
      **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following email address:

Gstraub@omnicredit.net
c/o    Gregory Straub, Esq
        Omni Credit Services of Florida, Inc.
        4710 Eisenhower Blvd., #B-3
        Tampa, FL 33634

    s/Troy D. Krenning
    **Troy D. Krenning, Esq.**
    Gookin, Krenning & Associates, LLC
    501 N. Cleveland Avenue
    Loveland, Colorado 80537
    (970) 292-8290
    (888) 465-8045 FAX
    Email: troydklaw@msn.com
    **Attorney for Plaintiff**