IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  11-CV-01030-PAB-CBS

**KRISTEN STARCK**

       **Plaintiff,**

v.

**OMNI CREDIT SERVICES OF FLORIDA, INC.**, a Florida Corporation

       **Defendant**

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

**COMES NOW** the Plaintiff, by and through his undersigned attorney, notifying this Honorable Court that the parties have settled all issues of this case.  Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) the Plaintiff dismisses this case with prejudice.  The parties each shall pay their own attorney fees and costs.

June 21, 2011

                                         Respectfully submitted,

                                         _s/Troy D. Krenning_
                                         **Troy D. Krenning, Esq.**
                                         Gookin, Krenning and Associates, LLC
                                         501 N. Cleveland Avenue
                                         Loveland, Colorado 80537
                                         (970) 292-8290
                                         (888) 465-8045
                                         **Attorney for Plaintiff**